United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Olivia Pescatore, et al., Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Juvenal Ovidio Ricardo Palmera Pineda and Revolutionary Armed Forces of Colombia, a/k/a FARC, Defendants. | ) Civil Action No. 19-20811-Civ-Scola<br>) **SEALED**<br>) |

### Sealed Order Adopting the Magistrate's Report And Recommendations

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiffs' sealed *ex parte* expedited motion for issuance of post-judgment writs of garnishment. (ECF No. 23.) No objections have been filed to Judge Torres's August 19, 2020 *ex parte* report and recommendation. (R. & R., ECF No. 25.) Having considered the report, the record, and the relevant legal authorities, the Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 25**) and **grants** the motion (**ECF No. 23**). Consistent with the report and recommendation, the Clerk of Court shall **issue the attached writs of execution and garnishment** against the blocked assets of Petrocedeño. (**ECF Nos. 23-7, 23-8, 23-9, 23-10**.) Additionally, the Plaintiffs are **ordered** to immediately notify the Court once they have attached all assets that are subject to the Court's Order. Finally, upon the earlier of the filing of that notice or **thirty days from the date of this Order**, whichever comes first, the Clerk of Court is **directed** to unseal this action.

The Clerk of Court shall **mail** copies of this Order to the Plaintiffs' counsel at their addresses of record.

**Done and ordered** in chambers, at Miami, Florida, on September 9, 2020.

---
Robert N. Scola, Jr.
United States District Judge